IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ADDIE EDWARDS, *as Personal Representative*
*of the Estate of Ozie Edwards and on behalf of the*
*wrongful death beneficiaries of Ozie Edwards and*
*all others similarly situated* PLAINTIFF

V. CASE NO. 1:17-CV-01054

CAMDEN OPERATIONS, LLC, d/b/a Ouachita Nursing
and Rehabilitation Center DEFENDANT

## ORDER

Before the Court is a Joint Stipulation of Dismissal with Prejudice. ECF No. 82. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal with prejudice of this action and all of Plaintiff's claims against Defendant. After considering the parties' Joint Stipulation of Dismissal with Prejudice, the Court finds that this matter should be and hereby is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 20th day of December, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge